# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00006-DKW-RT |
| CASE NAME: | Preston Lee v. L3Harris Technologies, Inc. |
| ATTYS FOR PLA: | Joseph Rosenbaum |
| ATTYS FOR DEFT: | Amanda Jones |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | AT&T |
| DATE: | 02/08/2021 | TIME: | 9:00 - 9:05 a.m. |

COURT ACTION:   EP: TELEPHONIC RULE 16 SCHEDULING CONFERENCE not held.

Discussion had regarding related case set before District Judge Kobayashi and Magistrate Judge Mansfield (*Preston Lee v. L3Harris Technologies, Inc., et al.*; 1:20-CV-00489-LEK-KJM).

Mr. Rosenbaum to file amended complaint in related case by no later than 2/17/2021. Dismissal with prejudice due in instant matter by 3/1/2021.

Court sets Telephonic Status Conference for 3/16/2021 at 9:00 a.m. before Magistrate Judge Trader. Should the notice of voluntary dismissal be received prior, the Court will vacate this conference.

Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

1. Dial 1-888-363-4735
2. Enter Access Code 2070326

*Submitted by: Lian Abernathy, Courtroom Manager*