FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br>　　　　　　Defendants. | ) CIVIL NO. 21-00006 DKW-RT<br>) (Other Civil Action)<br>)<br>) STIPULATION FOR DISMISSAL<br>) WITH PREJUDICE OF ALL<br>) CLAIMS AND ALL PARTIES<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

–1–

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff PRESTON LEE and Defendant L3HARRIS TECHNOLOGIES, INC. ("L3HARRIS"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41.1, that all claims against L3HARRIS and all parties in this action be and are hereby dismissed with prejudice, with each undersigned party to bear his, her or its own attorneys' fees and costs of action.  No claims or parties remain.

This stipulation has been signed by all appearing parties to this action.

DATED:  Honolulu, Hawaii, February 18, 2021.

FUJIWARA AND ROSENBAUM, LLLC

By /s/ *Joseph T. Rosenbaum*
JOSEPH T. ROSENBAUM
Attorney for Plaintiff
PRESTON LEE

By /s/ *Amanda M. Jones*
AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

APPROVED AS TO FORM.
DATED:  February 18, 2021 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

Preston Lee v. L3Harris Technologies, Inc., Inc., et al., Case No. CV 21-00006 DKW-RT, *Stipulation for Dismissal With Prejudice of All Claims and All Parties*

–2–